# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Ramon Cosme                      CHAPTER 7

Debtor(s)

BKY. NO. 23-13814 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington

Michael Farrington
06 Feb 2024, 13:22:14, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: e867db3a6130be8225b6e0e37d167f14d954a20f5caa7cf3e152ff4e342c1eeb