# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 23-13814 |
| **Ramon Cosme** | : | Chapter 7 |
| | : | Judge Patricia M. Mayer |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | February 28, 2024 at 09:30 a.m. |
| | : | |
| **Ramon Cosme** | : | U.S. Bankruptcy Court, |
| **Lynn E. Feldman** | : | 900 Market Street, Courtroom #1, |
| Respondents. | : | Philadelphia, PA, 19107 |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT JPMORGAN CHASE BANK, N.A. TO REPOSSESS THE 2020 KIA TELLURIDE S WITH THE VEHICLE IDENTIFICATION NUMBER 5XYP6DHC0LG057476 (DOCUMENT NO. 17)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on February 2, 2024, at Document No. 17 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 17, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

     /s/Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

24-001918_EJS1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

24-001918_EJS1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-13814** |
| **Ramon Cosme** | : | **Chapter 7** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **February 28, 2024 at 09:30 a.m.** |
| | : | |
| **Ramon Cosme** | : | **U.S. Bankruptcy Court,** |
| **Lynn E. Feldman** | : | **900 Market Street, Courtroom #1,** |
| **Respondents.** | : | **Philadelphia, PA, 19107** |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay to Permit JPMorgan Chase Bank, N.A. To Repossess the 2020 Kia Telluride S with the Vehicle Identification Number 5XYP6DHC0LG057476 (Document No. 17) was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

LYNN E. FELDMAN, Chapter 7 Trustee, trustee.feldman@rcn.com

BRAD J. SADEK, Attorney for Ramon Cosme, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Ramon Cosme, 1920 E. Wensley Street, Philadelphia, PA  19134

/s/Alyk L. Oflazian

24-001918_EJS1