## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 23-13814 |
| **Ramon Cosme** | : | Chapter 7 |
| | : | Judge Patricia M. Mayer |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | February 28, 2024 at 09:30 a.m. |
| | : | |
| **Ramon Cosme** | : | U.S. Bankruptcy Court, |
| **Lynn E. Feldman** | : | 900 Market Street, Courtroom #1, |
| Respondents. | : | Philadelphia, PA, 19107 |
| | : | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING 2020 KIA TELLURIDE S, VIN 5XYP6DHC0LG057476

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by JPMorgan Chase Bank, N.A. ("Creditor").

Creditor has alleged that good cause for granting the Motion exists, and that Debtor, counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors, and assigns and that the fourteen (14) day stay of the order imposed by Bankrupcty Rule 4001(a)(3) is waived.

24-001918_EJS1

Creditor is hereby permitted to take any and all actions necessary to accelerate the balance due on the Contract, to sell the Collateral in accordance with state law, to apply the net proceeds to the Contract, and to otherwise exercise its contractual and state law rights as to the Collateral.

Date: **February 20, 2024**

_____
Judge Patricia M. Mayer
United States Bankruptcy Judge

24-001918_EJS1