# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ramon Cosme<br>_Debtor(s)_ | CHAPTER 7 |
| PNC BANK, NATIONAL ASSOCIATION<br>_Movant_<br>vs. | NO. 23-13814 PMM |
| Ramon Cosme<br>_Debtor(s)_ | |
| Lynn E. Feldman Esq.<br>_Trustee_ | 11 U.S.C. Section 362 |

## ORDER ~~TERMINATING~~ MODIFYING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant PNC BANK, NATIONAL ASSOCIATION, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby ~~terminated~~ modified under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2020 Jeep Grand Cherokee VIN# 1C4RJFAG1LC109184 in a commercially reasonable manner. ~~The stay provided by Bankruptcy Rule 4001(a)(3) been waived.~~

**Date: March 8, 2024**

_Patricia M. Mayer_
Hon. Patricia M. Mayer, Judge
United States Bankruptcy Court