United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-13814-pmm

Ramon Cosme     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1

Date Rcvd: Mar 08, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramon Cosme, 1920 E. Wensley Street, Philadelphia, PA 19134-2516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:

**Name    Email Address**

ALYK L OFLAZIAN
    on behalf of Creditor JPMORGAN CHASE BANK  N.A. amps@manleydeas.com

BRAD J. SADEK
    on behalf of Debtor Ramon Cosme brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ramon Cosme<br>Debtor(s) | CHAPTER 7 |
| PNC BANK, NATIONAL ASSOCIATION<br>Movant<br>vs. | NO. 23-13814 PMM |
| Ramon Cosme<br>Debtor(s) | |
| Lynn E. Feldman Esq.<br>Trustee | 11 U.S.C. Section 362 |

## ORDER ~~TERMINATING~~ MODIFYING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant PNC BANK, NATIONAL ASSOCIATION, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby ~~terminated~~ modified under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2020 Jeep Grand Cherokee VIN# 1C4RJFAG1LC109184 in a commercially reasonable manner. ~~The stay provided by Bankruptcy Rule 4001(a)(3) been waived.~~

**Date: March 8, 2024**

_Patricia M. Mayer_
Hon. Patricia M. Mayer, Judge
United States Bankruptcy Court